1  JULIE McGRATH THROOP, ESQ.
   Nevada Bar No. 11298
2  TERRY A. FRIEDMAN, ESQ.
   Nevada Bar No. 1975
3  300 South Arlington Avenue
   Reno, Nevada 89501
4  Telephone: (775) 322-6500
   Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MATHEW KINNER, | Case No.: 3:18-cv-00380 |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| ENCOMPASS HOME AND AUTO INSURANCE COMPANY; JOHN DOES I-XX, inclusive; ABC CORPORATIONS I-X, inclusive; and BLACK AND WHITE COMPANIES, I-X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff MATHEW KINNER, individually and by and through his counsel, Julie McGrath Throop, Esq., and Terry A. Friedman, Esq., and Defendant, ENCOMPASS HOME AND AUTO INSURANCE COMPANY, by and through its counsel John T. Keating, Esq. of Keating Law Group, to dismiss

///
///
///
///
///
///
///

the above-stated case without prejudice to Plaintiff MATHEW KINNER, each party to bear their own fees and costs. Good cause exists because the parties have agreed to attempt to resolve the case without litigation, and there is ample time to do so without any statue of limitations implications for Plaintiff's claim.

DATED this 1st day of November, 2018.  DATED this 1st day of November, 2018.

TERRY FRIEDMAN AND  KEATING LAW GROUP
JULIE THROOP, PLLC


/s/ JULIE McGRATH THROOP  /s/ JOHN T. KEATING
JULIE McGRATH THROOP, ESQ.  JOHN T. KEATING, ESQ.
TERRY A. FRIEDMAN, ESQ.  9130 West Russell Road
300 South Arlington Avenue  Suite 200
Reno, Nevada 89501  Las Vegas, Nevada 89148
(775) 322-6500 T  (702) 228-6800 T
(775) 322-3123 F  (702) 228-0443 F
Attorneys for Plaintiffs  Attorneys for Defendant

DATED this 2nd day of November, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE